## BAIOFF v. MIAMI SHORES VILLAGE, et al.
### Case No. 81-190 AP
Eleventh Judicial Circuit, Appellate Division, Dade County
December 10, 1982

### APPEARANCES OF COUNSEL
**John G. Fletcher, Steven L. Josias** for appellant.
**William F. Fann, Jr.,** for appellee.
Before GOLDMAN, SALMON, SCOTT.

### OPINION OF THE COURT

PER CURIAM.

Although we are of the opinion that appellant's due process rights were probably violated by the procedures followed by the Miami Shores Village Code Enforcement Board, it is not necessary to decide this case on that point.

The record discloses that appellant cannot be prohibited from using

her home as a rooming house because of the doctrine of Non-conforming use. See *Bemas Corporation v. City of Jacksonville,* 298 So.2d 467 (Fla. 1st DCA 1974), *Milling v. Berg,* 104 So.2d 658 (Fla. 2d DCA 1958), *City of Miami v. Lithgow,* 12 So.2d 380 (Fla. 1943), and *Daoud v. City of Miami Beach,* 780 2d 585 (Fla. 1942).

REVERSED.